IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



UNITED STATES OF AMERICA

v.   No. 4:16-MJ-130

DAMEYON ANTOINE NEWTON (01)

## CRIMINAL COMPLAINT

Conspiracy to Possess a Controlled Substance with Intent to Distribute

Beginning in or before March 2014, and continuing until on or about February 22, 2016, in the Fort Worth Division of the Northern District of Texas, and elsewhere, the defendant, **Dameyon Antoine NEWTON,** along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of Cocaine, a Schedule I controlled substance.
In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

1. On February 22, 2016, Fort Worth PD officers arrested **Dameyon Antoine NEWTON**, after **NEWTON** failed to yield and led officers on a vehicle pursuit. During the vehicle pursuit, Officers observed **NEWTON** intentionally eject cocaine powder from his vehicle as he [NEWTON] continued to lead officers on the chase. The pursuit ended when **NEWTON** crashed his vehicle into a marked police vehicle.

2. Investigators were able to recover the items ejected by **NEWTON** and found it to be approximately 78 grams of cocaine powder.

**Criminal Complaint – Page 1**

3. During a post arrest interview, **NEWTON** stated that he did knowingly and intentionally lead officers on a vehicle pursuit in an attempt to evade arrest and to destroy or discard the drug evidence. **NEWTON** also stated that he had at least two separate cocaine suppliers and that beginning in March 2014 and lasting until the instant arrest he [**NEWTON**] has purchased and redistributed, or brokered approximately 18 kilograms cumulatively of cocaine. During a later search of **NEWTON's** residence in Forest Hill, Texas, investigators recovered four firearms. When asked about the firearms, **NEWTON** admitted to having knowledge of the firearms being in his home and stated that he had handled/touched the weapons while they were in his home.

4. Although I have not listed all the facts regarding the numerous offenses of **Dameyon Antoine NEWTON**, I believe that the facts stated here establish probable cause that **NEWTON** has committed a violation of 21 U.S.C. § 846, Conspiracy to Possess Cocaine with the intent to distribute.

Derrick B. López
Task Force Officer
Drug Enforcement Administration

SWORN AND SUBSCRIBED before me, at 2:02 pm, this 23rd day of February, 2016, in Fort Worth, Texas.

JEFFREY L. CURETON
United States Magistrate Judge