



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | 4:16-MJ-130 |
| | § | |
| DAMEYON ANTOINE NEWTON | § | |

**NOTICE OF DESIGNATION OF CASE ASSIGNMENT**

Pursuant to Miscellaneous Order No. 3 (Revised June 20, 2000) ("Criminal Justice Act Plan"), § IV(b), the undersigned attorney has indicated by his signature that he is the staff attorney designated to work on this case.

Dated: 2/23/16

WILLIAM HERMESMEYER
Assistant Federal Public Defender
Northern District of Texas
Texas Bar No. 24044953
819 Taylor Street, Room 9A10
Fort Worth, Texas 76102
(817) 978-2753

**CERTIFICATE OF SERVICE**

I, William Hermesmeyer, hereby certify that on this the 23rd day of February 2016, a copy of the foregoing notice was hand delivered to the United States Attorney's Office at 801 Cherry Street, Suite 1700, Fort Worth, TX 76102-6897.

WILLIAM HERMESMEYER